UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT EASTERN DIVISION OF ILLINOIS

JAMES HAMPTON
#2007-0010001
    plaintiff,

-vs-

Deputy sheriff ~~"John Doe"~~ KOCKH J.H
Deputy sheriff Mr. Holstrom
Deputy sheriff Mr. SHEEHAN
Deputy sheriff Mr. Lucas
    Defendents

(A-1)

(Complaint)

RECEIVED
MAY 22 2008
MAY 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV2984
JUDGE ST. EVE
MAG. JUDGE ASHMAN

Complaint Under Civil Right Act title 42 section 1983 U.S. CODE

I. plaintiff:

    A) Name: JAMES HAMPTON
    B) List alias: "Black"
    C) Jail Number: #2007-0010001
    D) Place of confinement: Cook County Jail
    E) Address: P.O. Box 089002, Chicago, IL 60608

II Defendents:

    A) Defendent: Mr. ~~"John Doe"~~ KOCKH J.H
        Title: Deputy sheriff
        Place of employment: Cook County Jail (Div 9)

    B) Defendent: Mr. Holstrom
        Title: Deputy sheriff
        Place of employment: Cook County Jail (Div 9)

(1)

C) Defendent: Mr. Sheehan
   Title: Deputy Sheriff
   Place of employment: Cook County Jail (Div. 9)

D) Defendent: Mr. Lucas
   Title: Deputy Sheriff
   Place of employment: Cook County Jail (Div 9)

III. List all Law Suits you Have Filed if any (also co-plaintiff's, if any) in or Federal court in the United States

(A) plaintiff: James Hampton #2007-0010001
  - Name the case & Docket: NONE
  - Approx. Date of filing: NONE
  - List plaintiffs, if any: NONE
  - Court in which the Lawsuit was Filed?: NONE
  - Name of Judge to whom case was assigned: NONE
  - Basic Claim made: NONE
  - Disposition of case and Date: NONE

IV. STATE OF CLAIM: While in the custody and in the Jurisdiction of the defendents it is thier duty and responsibility to provide Plaintiff James Hampton #2007-0010001 reasonable care and prodection of said plaintiff and at all relevant times herein Defendents were "persons" for purpose of 42 U.S.C. Section 1983 and acted under color of Law to deprive plaintiff of his constitutional Rights as set fourth more fully bellow:

(2)

1. In the month of June, in the year 2007 (Don't Remember Date) I was playing basketball (at the time I was in Div. 9 unit 3G) while playing ball my acilles tendon snapped. I went to our officer "Mr. Kockh" and told him about what happened and he quoted "ain't no one going to see you about that shit you'll be alright!" When I went back to the unit I took a shower and again fell back on my ankle. Further injuring it. The following day Officer Johnson took me to Cermak he affirmed that my feet was swollen. At Cermak I was look at by a doctor. I was given an ace bandage and was told to stay off it that it was severely sprung and was further given Ibuprofrin 500 mg; also further test's were ordered by the Doctor.

2. 1/07/: on the Mentioned while on unit 3F IN Div 9, P.C I filed a grievance stating that on my hour out: C/O Lucas let out Detainee David Banks, who confronted me and attacked me. I made a futile attempt to "hop" away (around the table) because of my injured acilles tendon but was unable to defend myself.

3. 1/12/08 Plaintiff filed a grievance which was received by C.R.W. V. Butler 1/18/08... I was moved from off 2F to 2E. Where Detainee Bank is housed who I am filing charges against for Assault. He spit in my face called me a Rapist, telling the other Detainee's this about me HALF of 2E was along with this gang leader Banks (as well as

(3)

Other officers) calling Plaintiff a Rapist

4. 1/25/08 I filed grievance about the inadequate heating it is very cold in my cell, the wall sweats, the ceiling leaks. I requested extra blankets But non were issued out. My Acilles tendon, my foot, my leg always hurt and stay cold The Nurse denied me pain pills and cold pills

5. 1/27/08 I filed grievance against C/O Holsteom I became very ill and told this officer that I was "Sick", this officer replied "What's the matter you got Fucked last night?!" I informed him again and he waved his hands and kept eating. My self, other detainees told this officer numerous times that I had a fever, headache, and ~~numerous time that it~~ My joints in my body was hurting but this officer did nothing

6. I filed another grievance about my tore Acilles tendon and the doctor told me it was ok. I grieve the matter, But it wasn't HONORED. (Judge CRANE of COOK COUNTY) Issued me COURT ORDER to keep Shoes

7. I filed a grievance against C/O Sheehan he refused myself and arthur Newby our Daily Hour out. He's always letting people out thier cell that's not on this Hour out He let the Detainees Run the DECK. I fear for my life every time sheehan works

\# 8. Nov/07 ... Sgt. Kelly and superintendent was in the Next Room visiting Inmate doctor offices while in other room they over heard DR. C. STADNICKI tell me that I was Faking about my Acillies Tendon

(4)

and Sgt. Kelly sent me back to the tier. Next Day I Seen Sgt. Kelly he had said he and the Superintendent overheard the doctor cursing me out telling me I lied...

9. All my papers were missing on shack down they (C/O's) keep stealing my Grievances and all medical stuff all missing EVEN MY COURT ORDER to keep my shoes That was Issued By Judge CRANE. The C/O's still took Shoes.

V RELIEF: State Briefly what you want the court to Do for you.

    Plaintiff: James Hampton #2007-0010001 REQUEST the following RELIEF(s):

- Plaintiff REQUEST an ORDER declaring that the DEFENDENTS have acted in violation of the United States constitution.

- Plaintiff request that he receive monetary, compensatory and punitive Damage For Every day he was denied medical attention regarding his snapped achilles tendon for the harassment and assault from the detainee(s) and officers

- Plaintiff request compensatory, punitive and monetary damages in the amount to be determined by the enlightened consciences of a Jury

(5)

Plaintiff request compensatory, punitive, monetary and actual damages to be awarded to the plaintiff against all Defendants and for then to be sued in thier individual as well as official capacity

plaintiff request a permanate Restraining order against all defendents.

plaintiff pray for Judgement in his favor and damages in his favor against all defendents that contributed to Plaintiff pain, Suffering, and mental anguish and such additional relief as the court may deem just and proper

VI. the Plaintiff DEMANDS THAT THE CASE BE TRIED BY A JURY  [✓] YES   NO [ ]

## Certification

By Signing this complaint, I certify that the facts stated in this complaint are true to the best of my ability and knowledge information and belief I understand that if this certification is not correct I may be sanctioned by the court...

x James Hampton
JAMES HAMPTON #2007-0010001
P.O. BOX 089002
Chicago, IL. 60608

DATE: 5/16/08          (6)