UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION



James Hampton
#2007-0010001

      plaintiff,

-VS-

Deputy Sheriff "John Doe"
Deputy Sheriff "Mr. Holstrom"
Deputy Sheriff "Mr. Sheehan"
Deputy Sheriff "Mr. Lucas"

      Defendents.

(A-3)

(Motion For appointment of Counsel)

08CV2984
JUDGE ST. EVE
MAG. JUDGE ASHMAN

**FILED**
MAY 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Motion for appoint of Counsel

1. I James Hampton #2007-0010001 declare that I am the plaintiff in the above entitled Proceeding, I state that I am unable to afford the service of an attorney and hereby Request the Court to appoint counsel to represent me in this proceeding.

2. In Support of our motion, I declare that I have made the following attempts to Retain Counsel by Contacting Several Pro-Bono Law Firm on the behalf of myself (VIA) United State Postal Services (Deposit mail) the Firms are as Follows:

- Wildman Harrold Allen and Dixon 225 W. Wacker Dr., Chicago, IL.
- Seyforth Shaw Fairweather 55 E. Monroe St., Chicago, IL.
- Winston and Strawn 35 W. Wacker dr., Chicago, IL.
- Lord Bissell and Brook 115 3., Chicago, IL.

3. In further support of my motion declare I have attached the original application to leave to proceed In Forma Pauperis in th proceeding of my Financial status.

4. I declare under the penalty of perjury that the Foregoing is true and correct

_James Hampton_
(Sign)

JAMES HAMPTON
(Print)

20070010001
(I.D.#)

Cook County Jail
P.O. Box 089002
Chicago, IL. 60608
(Address)

(Date)
5/16/08

(A-4)

From: Mr. James Hampton
Cook County Jail
P.O. Box 089002
Chicago, IL. 60608

TO: Wildman Harrold Allen & Dixon          • Seyfarth, Shaw, Faieweather & Geraldson
225 W. Wacker Drive, Suite 2800. Chg, IL.    55 E. Monroe St. Chicago IL. 60601

• Winston & Strawn                Lord Bissell & Brook
35 W. Wacker Dr.                  115 S. LaSalle Street
Chicago, IL. 60601                Chicago, IL. 60608

ATTN: Ladies and Gentleman

  I write your firm hoping to seek your legal representation in a matter reguarding the breaking of my foot, which occured several months ago in which it was made clear and instructed by an examining Doctor that I needed constructive surgery on my foot and ankle; also in my condition of not being ably to walk and defend myself, I was attacked by an inmate who beat me all about the body as I made a futile attempt from this person attack of my person as C/O watched and did nothing to stop the attack which was due to the numerous charges that I am being charged with (serial rapist) I am innocent of the allegation against me. how ever, The officer as well as the media has defamated my character and ruined my life please help. If there isn't any thing your firms cannot do for me please send me your letters of denial of service so that I will have the proff. that I made the attempt to seek legal Representation
Respectfully submitted   X James Hampton