FROM: James Hampton

to: Judge

**FILED**

MAY 2 2 2008

MAY 2 2 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

I am writing to you, to inform you that all the legal work that i send to you, is not of my doing. But the work someone else has prepared for me. So with due respect I am asking for a lawyer to be appointed to help me prepare my case for trial your Honor.

with due Respect......

08CV2984
JUDGE ST. EVE
MAG. JUDGE ASHMAN

Judge Help Please.