(A)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

(A-2)

JAMES HAMPTON
#02-001001 plaintiff.
-vs-
Deputy Sheriff "John Doe"
Deputy Sheriff "Mr. Holstrom"
Deputy Sheriff "Mr. Sheehan"
Deputy Sheriff "Mr. Lucas"

IN FORMA PAUPERIS
Application and
Financial affidavit

CASE #: _____

08CV2984
JUDGE ST. EVE
MAG. JUDGE ASHMAN

**FILED**
MAY 2 2 2008
MAY 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____ DEFENDENTS. _____

I, JAMES HAMPTON, declare that I am the plaintiff in the above-entitled case. This affidavit constitutes my application in support of my motion for appointment of counsel. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury.

1. ARE YOU CURRENTLY INCARCERATED? (YES)
   I.D.# 20070610001; Name of Jail? (COOK COUNTY JAIL)
   Do you receive any payment from the institution? (NO)

2. ARE YOU CURRENTLY EMPLOYED? (NO)
   Monthly salary or wages? (∅)
   Name and address of employer? (N/A)

(a) If the answer is NO, Date of Last Employment: 1994
Monthly salary or wages: 143
Name and address of Last Employer: Homan & Armigton K.F.C.

(B) Are you married?  (NO)
Spouses monthly salary or wage: (N/A)
Name and address of Employment: (N/A)

3. Apart from your income stated above in response to question 2 in the past 12 months have you or any one else living at the same address received more than $200.00 from any of the following sources?: Work: N/A
(A) amount?: N/A    Received by?: N/A
(B) ☐ Business, ☐ profession, or ☐ other self-employment?: Yes ☐ No ☑
amount?:    Received by?:
(E) Rent Payment ☐, Interest ☐, or dividends?: Yes ☐ No ☑

I declare under the penalty that the above information is true and correct. I understand that pursuant to 28 U.S.C. §1915 (e)(2)(a) the court shall dismiss this case at any time if the court determines that my allegation of poverty is ~~untrue~~

DATE: ▮▮▮▮▮▮▮
5/16/08

X *James Hampton*
Signature of applicant

X James Hampton
Print Name