(A)

08CV2984
JUDGE ST. EVE
MAG. JUDGE ASHMAN

I declare under the penalty that the above information is True and correct. I understand that pursuant to 28 U.S.C §1915 (e)(2)(a), the court shall dismiss this case at any time if the Court determines that my allegation of poverty is ~~untrue~~ true

Date: 4-14-08   X *James Hampton*
Signature of applicant

X JAMES HAMPTON
Print Name

MAY 2 2 2008
FILED
MAY 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Note to PRISONER: A prisoner must also attatch a statement certified by the appropriate institutional officers or officer or office, all receipt, expenditures, and balances during the last 6 months in the prisoners prisoner or Jail Trust Fund account

## CERTIFICATE
To be completed by the Jail of Incarceration

I certify that applicant herein Hampton, James I.D.# 20070010001 has the sum 85$ and on his account to his credit at Cook County Jail. I further certify that the applicant has the following securities to his credit  0  I further state and certify that during the past 6 months the applicant average monthly deposit was $ 45 A Month

(add all deposit from all sources and then divide by number of months)

4-16-08
DATE

_V. Butt___
Signature of authorized officer

_V. Butler___
PRINT NAME



**TRANSACTION REPORT**
Print Date: 04/16/2008

Inmate Name: HAMPTON, JAMES E.          Balance:     $85.22
Inmate Number: 20070010001
Inmate DOB: 2/13/1978

| Stamp | Transaction | Amount | Balance |
|---|---|---:|---:|
| 04/15/2008 | CREDIT | 45.00 | 85.22 |
| 04/01/2008 | CREDIT | 40.00 | 40.22 |
| 03/26/2008 | ORDER DEBIT | -28.35 | 0.22 |
| 03/12/2008 | ORDER DEBIT | -46.78 | 28.57 |
| 03/11/2008 | CREDIT | 45.00 | 75.35 |
| 03/06/2008 | CREDIT | 30.00 | 30.35 |
| 03/05/2008 | ORDER DEBIT | -17.53 | 0.35 |
| 02/21/2008 | ORDER DEBIT | -25.16 | 17.88 |
| 02/14/2008 | CREDIT | 40.00 | 43.04 |
| 02/09/2008 | RETURN CREDIT | 2.20 | 3.04 |
| 02/06/2008 | ORDER DEBIT | -33.75 | 0.84 |
| 01/30/2008 | CREDIT | 25.00 | 34.59 |
| 01/23/2008 | ORDER DEBIT | -63.45 | 9.59 |
| 01/15/2008 | CREDIT | 30.00 | 73.04 |
| 01/02/2008 | CREDIT | 40.00 | 43.04 |
| 12/29/2007 | RETURN CREDIT | 0.78 | 3.04 |
| 12/24/2007 | ORDER DEBIT | -18.56 | 2.26 |
| 12/14/2007 | CREDIT | 20.00 | 20.82 |
| 12/12/2007 | ORDER DEBIT | -23.67 | 0.82 |
| 12/04/2007 | CREDIT | 20.00 | 24.49 |
| 11/18/2007 | ORDER DEBIT | -29.79 | 4.49 |
| 11/13/2007 | ORDER DEBIT | -58.12 | 34.28 |
| 11/09/2007 | CREDIT | 10.00 | 92.40 |
| 11/07/2007 | ORDER DEBIT | -67.71 | 82.40 |
| 11/01/2007 | CREDIT | 150.00 | 150.11 |
| 10/31/2007 | ORDER DEBIT | -3.12 | 0.11 |
| 10/24/2007 | ORDER DEBIT | -36.78 | 3.23 |
| 10/23/2007 | CREDIT | 40.00 | 40.01 |
| 10/17/2007 | ORDER DEBIT | -0.09 | 0.01 |
| 10/11/2007 | ORDER DEBIT | -20.12 | 0.10 |
| 10/10/2007 | CREDIT | 20.00 | 20.22 |
| 10/04/2007 | ORDER DEBIT | -30.09 | 0.22 |
| 10/02/2007 | CREDIT | 30.00 | 30.31 |
| 09/26/2007 | ORDER DEBIT | -15.31 | 0.31 |
| 09/19/2007 | ORDER DEBIT | -71.37 | 15.62 |
| 09/13/2007 | ORDER DEBIT | -56.85 | 86.99 |
| 09/05/2007 | ORDER DEBIT | -106.37 | 143.84 |

| Date | Type | Amount | Balance |
|---|---|---:|---:|
| 08/31/2007 | CREDIT | 250.00 | 250.21 |
| 08/23/2007 | ORDER DEBIT | -27.55 | 0.21 |
| 08/10/2007 | ORDER DEBIT | -54.29 | 27.76 |
| 08/01/2007 | ORDER DEBIT | -118.26 | 82.05 |
| 08/01/2007 | CREDIT | 200.00 | 200.31 |
| 07/25/2007 | ORDER DEBIT | -21.52 | 0.31 |
| 07/22/2007 | RETURN CREDIT | 21.74 | 21.83 |
| 07/21/2007 | ORDER DEBIT | -21.74 | 0.09 |
| 07/19/2007 | ORDER DEBIT | -35.96 | 21.83 |
| 07/11/2007 | ORDER DEBIT | -72.03 | 57.79 |
| 07/07/2007 | RETURN CREDIT | 1.40 | 129.82 |
| 07/03/2007 | ORDER DEBIT | -74.70 | 128.42 |
| 06/29/2007 | CREDIT | 200.00 | 203.12 |
| 06/27/2007 | ORDER DEBIT | -34.36 | 3.12 |
| 06/21/2007 | ORDER DEBIT | -74.93 | 37.48 |
| 06/07/2007 | ORDER DEBIT | -87.85 | 112.41 |
| 06/01/2007 | CREDIT | 200.00 | 200.26 |
| 05/10/2007 | ORDER DEBIT | -67.65 | 0.26 |
| 05/05/2007 | RETURN CREDIT | 0.97 | 67.91 |
| 05/03/2007 | ORDER DEBIT | -84.04 | 66.94 |
| 05/01/2007 | CREDIT | 150.00 | 150.98 |
| 04/26/2007 | ORDER DEBIT | -7.13 | 0.98 |
| 04/19/2007 | ORDER DEBIT | -42.20 | 8.11 |
| 04/17/2007 | CREDIT | 50.00 | 50.31 |
| 04/12/2007 | ORDER DEBIT | -7.58 | 0.31 |
| 04/05/2007 | ORDER DEBIT | -43.27 | 7.89 |
| 04/03/2007 | RETURN CREDIT | 1.58 | 51.16 |
| 03/29/2007 | ORDER DEBIT | -1.58 | 49.58 |
| 03/22/2007 | CREDIT | 20.00 | 51.16 |
| 03/10/2007 | RETURN CREDIT | 0.78 | 31.16 |
| 02/24/2007 | RETURN CREDIT | 3.98 | 30.38 |
| 02/21/2007 | ORDER DEBIT | -123.60 | 26.40 |
| 02/16/2007 | CREDIT | 50.00 | 150.00 |
| 02/15/2007 | CREDIT | 50.00 | 100.00 |
| 02/15/2007 | CREDIT | 50.00 | 50.00 |

© 2004 ARAMARK Corporation. All Rights Reserved