IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT EASTERN DIVISION OF ILLINOIS

FILED
MHN
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAMES HAMPTON (Plaintiff)
vs.
DEPUTY SHERIFF KOCKH, (Defendants) et al.

Case No. 08 C 2984

Honorable Amy J. St. Eve
Presiding Judge

## MOTION FOR APPOINTMENT OF COUNSEL

CIVIL ACTION COMPLAINT TITLE 42 SECTION 1983 U.S. CODE.

Pursuant to U.S.C. 28 § 1915(e)(1), James Hampton moves for an order appointing counsel to represent him in this case.

IN SUPPORT OF THIS MOTION;

1). Plantiff is unable to afford counsel, and has requested leave to proceed in "forma pauperis."

2). Plantiff's imprisonment greatly limits his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has "limited access to the law library and limited knowledge of the law.

3). A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and "cross examine witnesses."

4). Plaintiff has made repeated efforts to obtain a lawyer.

ATTACHED TO THIS MOTION ARE

1

Attorneys; Thomas G. Morrissey, 10249 South Western Ave. Chicago, Illinois 60643 Tel. (773) 238-4235

· Robert H. Farley, Jr., 1155 South Washington, Naperville, Illinois 60540

· Kenneth Flaxman, 200 South Michigan Ave., Chicago, Illinois 60604 Tel. (312) 427-3200

WHEREFORE, ~~defendant~~ Plaintiff James Hampton requests & prays that the court appoint the afforementioned, as "counsel in this case."

Respectfully Submitted  James Hampton  *James Hampton*
                              Plaintiff

Dated August 20, 2008

2.



THE
ROGER
BALDWIN
FOUNDATION
OF ACLU,
INC.

Suite 2300
180 North Michigan Avenue
Chicago, Illinois 60601-1287
(312) 201-9740
Fax (312) 259 80
www.aclu-il

June 2, 2008

Mr. James Hampton
P.O. Box 089002
20070010001
Chicago, IL 60608

Dear Mr. Hampton:

Thank you for contacting the American Civil Liberties Union of Illinois. We have reviewed your situation carefully and we regret to inform you that we will not be able to accept your case.

The ACLU office is a legal center that involves itself with broad impact, constitutional litigation. These are issues where the <u>government</u> has abused constitutional rights. Unfortunately, we regret that most cases of individual unfairness or injustice cannot be accepted.

We receive more than 20,000 requests annually for legal assistance. Our resources are limited and we can only act upon a small percentage of the requests. The fact that we cannot help you, however, does not mean that your case has no merit. It may be that we are handling a similar case, that the case does not involve a novel issue pertaining to civil liberties, or that we do not have the resources to handle the case.

You should know that there is a limited time in which legal action may be pursued, sometimes referred to as a statute of limitations. You might be wise to ask an attorney for advice about preserving any rights you may have.

Please accept our regrets that we cannot help you with your situation.

Sincerely,


Intake Department

(A-4)

From: Mr. James Hampton #2009-0010001
Cook County Jail
P.O. Box 089002
Chicago, IL. 60608

TO: Wildman Harrold Allen & Dixon
225 W. Wacker Drive, Suite 2800, Chg, IL.

Seyfarth, Shaw, Fairweather & Geraldson
55 E. Monroe St. Chicago IL. 60603

Winston & Strawn
35 W. Wacker Dr.
Chicago, IL. 60601

Lord Bissell & Brook
115 S. LaSalle Street
Chicago, IL. 60608

ATTN: Ladies and Gentlemen

NO Response FOR "4" MONTHS!!

I write your firm hoping to seek your legal representation in a matter regarding the breaking of my ANKLE, which occurred several months ago in which it was made clear and instructed by an examining Doctor that I needed constructive surgery on my foot and ankle; also in my condition of not being able to walk and defend myself, I was attacked by an inmate who beat me all about the body as I made a futile attempt from this person attack of my person as C/O watched and Did nothing to stop the attack which was Due to the numerous charges that I am being charged with (Serial Rapist) I am innocent of the allegation against me. however. The officer as well as the media has Defamated my character and Ruined my life please help. If there isn't anything yours firms cannot Do for me Please send me your letters of denial of service so that I will have the proof. that I made the attempt to seek Legal Representation Respectfully submitted X James Hampton