## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | AMY J. ST. EVE | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2984 | **DATE** | 9/3/2008 |
| **CASE TITLE** | James Hampton (#2007-0010001) vs. Deputy Sheriff Kockh, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's duplicative motion for appointment of counsel [#13] is denied. *See* Minute Order of May 30, 2008. Plaintiff is reminded of basic filing requirements: he must (1) provide the Court with the original plus a judge's copy of every document filed; and (2) include a certificate of service showing that a copy was mailed to Defendants (or to defense counsel, once an attorney has entered an appearance on Defendants' behalf). The Clerk is directed to mail Plaintiff another copy of the Court's filing instructions. In the future, the Court may strike without considering any document filed that fails to comport with these basic filing rules.

**Docketing to mail notices.**

mjm